FILED

05/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0358

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0358 and DA 22-0498

—————————————

WESTVIEW MOBILE HOME PARK, LLC,

        Plaintiff, Appellee,
        and Cross-Appellant.

    v.

DAVID LOCKHART AND DOREEN LOCKHART,

        Defendants and Appellants.

GREENER MONTANA PROPERTY
MANAGEMENT, LLC, TRAVIS MARTINEZ,
Individually and KRISTYN MARTINEZ, Individually,

        Plaintiffs and Appellees,

    v.

HYDI CUNNINGHAM,

        Defendant and Appellant.

                           O R D E R

—————————————

Appellants in the captioned matters moved to consolidate these appeals, and on January 19, 2023, the Court took the motions under advisement pending completion of briefing.

Both cases have now been fully briefed. After consideration, the Court has determined to consolidate the two cases.

IT IS THEREFORE ORDERED that these cases are consolidated for purposes of appeal under Cause No. DA 22-0358, and captioned as above. The appeal will be placed on a future conference agenda.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 19 2023